**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN, LLC, a Nevada limited liability company, <br><br>            Plaintiff, <br><br>vs. <br><br>BEN JONES, an individual, <br><br>            Defendant. | 2:10-cv-01046-HDM-LRL <br><br><br> ORDER |

The complaint in this action was filed on June 28, 2010 (#1). The summons was issued as to defendant Ben Jones on July 7, 2010 (#5). An affidavit of service was filed indicating that the summons had been served on July 22, 2010 (#7). Based on the affidavit of service (#7), the Clerk of Court terminated the 4m deadlines in this case. On August 3, 2010, plaintiff Righthaven moved to withdraw (#8) the affidavit of service (#7), having "inadvertently served [the summons and complaint] on an improper

1

1 person, rather than Mr. Jones." (#8)  This court granted the motion
2 to withdraw (#8) on August 6, 2010 (#9).  Since August 6, 2010, no
3 action has been taken in this case until plaintiff's attorney Shawn
4 Mangano filed a notice of appearance (#10) on April 6, 2011.  On
5 June 19, 2011, plaintiff filed a second certificate of interested
6 parties (#11).  The record does not reflect that plaintiff has re-
7 served the defendant.
8     Federal Rule of Civil Procedure 4(m) requires a defendant be
9 served within 120 days after the complaint is filed. Fed. R. Civ.
10 P. 4(m).  If the defendant is not served within that time period,
11 "the court – on motion or on its own after notice to the plaintiff
12 – must dismiss the action without prejudice against that defendant
13 or order that service be made within a specified time." *Id.*  If the
14 plaintiff can show "good cause for the failure, the court must
15 extend the time for service for an appropriate period." *Id.*
16     Accordingly, plaintiff shall have ten (10) days from the date
17 of this order in which to show cause as to why this case should not
18 be dismissed pursuant to Federal Rule of Civil Procedure 4(m).
19     **IT IS SO ORDERED**.
20     DATED: This 21st day of June, 2011.

                        _____
                        UNITED STATES DISTRICT JUDGE